THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **JENNIFER PARROTT,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>**KINDRED HEALTHCARE, LLC**,<br><br>    Defendant. | No. 3:22-cv-00384-RGJ |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated by the parties, as evidenced by the signatures of their counsel below, to the dismissal of the above-referenced action without prejudice as to all claims, causes of action, and parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear their own costs and attorneys' fees.

This the 20th day of January, 2023.

*/s/ Clif Alexander by permission*
Anne L. Gilday
THE LAWRENCE FIRM, PSC
606 Philadelphia Street
Covington, Kentucky 41011
Telephone: 859.578.9130
Facsimile:  859.578.1032
Email: anne.gilday@lawrencefirm.com

Clif Alexander, Austin W. Anderson, and Carter T. Hastings
ANDERSON ALEXANDER PLLC
819 North Upper Broadway
Corpus Christi, Texas 78401

*/s/ LaToi D. Mayo*
LaToi D. Mayo
Amanda L. Combs
LITTLER MENDELSON, P.S.C.
333 West Vine Street, Suite 1720
Lexington, Kentucky 40507
Telephone: 859.317.7970
Facsimile:  859.259.0067
Email: lmayo@littler.com
         alcombs@littler.com

*Counsel for Defendant*

Telephone: 361.452.1279
Facsimile: 361. 452.1284
Email:  clif@a2xlaw.com
        austin@a2xlaw.com
        carter@a2xlaw.com

*Counsel for Plaintiff and Putative Collective/Class Members*



January 23, 2023

## CERTIFICATE OF SERVICE

The undersigned certifies that on this the 20th day of January, 2023, I electronically filed the foregoing using the CM/ECF system, which gives notice to all counsel/parties of record.

*/s/ LaToi D. Mayo*
*Counsel for Defendant*